

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0543

FILED

MAY 04 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF:

A.P.R. and A.A.R.,

ORDER

Youths in Need of Care.

Counsel for the appellant father of A.P.R. and A.A.R. filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967). The father was granted time to file a response, but no response was filed.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders*. We conclude there are no arguments with potential legal merit that could be raised in the father's appeal in this case.

Therefore,

IT IS ORDERED that this appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record and to the appellant father personally.

DATED this 4th day of May, 2021.

_____
Chief Justice

_____

_[signatures]_

Justices